Dmitrity Yegorov

8913 Fair Oaks blvd. Apt # E

Carmichael,CA 95608

FILED

MAY 15 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT STATE OF CALIFORNIA

2:15-CV-1065 GEB AC PS

DMITRIY YEGOROV

PETITIONER

VS.

COMPANY WALMART

RESPONDENT

LAWSUIT

Conspiracy against Constitutional rights

# STATEMENT OF THE FACTS.

EQUAL EMPLOYMENT OPPORTUNITY COMMISION ( EEOC ) IGNORED WRITTEN REQUESTS TO COLLECT EVIDENCE OF CRIME AGAINST PETITIONER AND RUDE VIOLATION FREE FROM DISRIMINATION LABOR ENVIRONMENT AND UNIVERSAL HUMAN RIGHTS.

SECURITY DEPARTMENT COMPANY WALMART IGNORED WRITTEN REQUESTS FROM PETITIONER TO GIVE POSSIBILITY DOWNLOAD ALL FOUR HOURS VIDEO EVENTS NEAR TWO OPENED REGISTERS IN TWO DOSEN LINE OF CLOSED REGISTERS.

MANAGMENT DID SCHEDULE ONLY TWO REGISTERS OPENED AFTER 20 : 00 PM IN DECEMBER 2010.

EQUAL EMPLOYMENT OPPORTUNITY COMMISION REFUSED TO PROVIDE INVESTIGATION AND MATERIAL EVIDENCE VIDEO MATERIALLS OF CRIMINAL ACTIONS MANAGMENT AGAINST EMPLOYEES AND PETITIONER IN WALMART STORE IN DECEMBER 2010.

MANAGMENT REFUSED TO PROVIDE QUANTITY

TRANSACTIONS PETITIONER DID ON SPEEDY LINE TO PETITIONER. STORE MANAGER STATED THAT COMPUTER PROGRAMM ABLE TO SHOW ONLY GOOD OR BAD QUANTITY DID WALMART CASHIER AT ONE HOUR AFTER CASHIER ENTER PASWORD IN SYSTEM FOR PROVIDING CUSTOMERS WITH DEBIT, CREDIT AND CASH PAYMENTS AND CHANGE.

PETITIONER STATED TO THE MANAGER THAT EVERY REGISTER MUST HAVE COMPUTER PROGRAMM TO COUNT ALL TRANSACTIONS AND QUANTITY CREDIT, DEBIT CARD PURCHASE SAME AS CASH TRANSACTIONS.

MANAGER STATED THAT THIS IS NOT PETITIONER BUSSINES HOW MANY TRANSACTIONS PETITIONER DID DURING ONE HOUR FOR CUSTOMERS. PETITIONER STATED THIS IS IMPORTANT HOW EMPLOYEE ABLE TO CONCETRATING WITH LONG LINES CUSTOMERS DURING BUSSINESS HOURS.

PETITIONER DID SEE THAT MANY REGISTERS IN JUWELRY VERY QUIET AND REGISTERS EMPLOYEES JUST PROVIDE LABOR SAME AS LOST PREVENTION FOR WATCHING TV. PETITIONER STATED ONE WHITE WOMAN 50 YEARS OLD

TOOK TWO BOXES TIDE LAUNDRY DETERGENT WITHOUT GETTING PAYED. PETITIONER CALL TO LOST PREVENTION AND SECURITY IGNORED REPORT CASHIER.

PETITIONER STATED MANY TIMES TO THE MANAGMENT THAT IT IS AGAINST LAW TO REMOVE THREE POUNDS CASH FROM REGISTER AT 16 :00 PM – 17:00PM WITHOUT SEPARATE BAG FOR EVERY REGISTER. PETITIONER DOESN'T WANT TO BE RESPONSIBLE FOR SAMBODY MISTAKES. NOBODY COUNT THIS THREE POUNDS BAG AND ALL EMPLOYEES JUST TRUST TO ALL WHO OPENED REGISTER AT 6 AM.

PETITIONER WAS WORKING WITHOUT BREAK MORE THAN FOUR HOURS. THIS DAY WAS LAST DAY PETITIONER REPRESEND HIS JOB FOR COMPANY WALMART. COMPANY SEND BLACK SKIN MANAGER TO INFORM THAT PETITIONER FIRED NEXT DAY AFTER COMPANY DENIED RIGHT PETITIONER FOR SECOND BREAK. THIS MANAGER DID NOT PROVIDE ANY REASONS FOR THIS ACTION.

EEOC EMPLOYEES INVESTIGATOR IGNORED ALL FACTS RUDE VIOLATION EMPLOYMENT LAW IN STATE CALIFORNIA. THIS MANAGER IGNORED FACT THAT

PETITIONER MUST PAY 100.00 DOLLARS TO SEE HIS CHILDREN AFTER PETITIONER CHILDREN WERE ABUSED AND KIDNAPPED BY CHILDREN MOTHER. COMPANY WALMART REFUSED TO PETITIONER TO GET FULL TIME JOB FOR COMPANY IN ORDER TO COMPANY MUST PAY MEDICAL INSURANCE.

COMPANY EMPLOYEE STATED STORE MANAGER STATED 25 - 30 HOURS IS A FULL TIME JOB. WITH 9 DOLLARS RATE IT IS NOT POSSIBILE TO PAY FOR FOOD, GAS AND PAY FOR RENT APPARTMENT AND BILLS.

PETITIONER WAS OFFICIALLY BY SUPREME COURT STATE OF CALIFORNIA DECITION REMOVED ON THE STREET.

PETITIONER DID NOT RECIEVE ANY ASSISTANCE TO PAY FOR RENT. PETITIONER DID NOT RECIEVED ANY RESPONSE FROM OFFICIAL AUTHORITIES TO INVESTIGATE ACTIONS MANAGMENT WALMART. INCLUDING WASHINGTON DC.

DURING THANKSGIVING DAY SALE PETITIONER DID WORK FROM 15 : 30 PM TILL 5 AM ALMOST 15 HOURS.

THE DAY BEFORE PETITIONER WAS FIRED MANAGMENT COMPANY DID IGNORED SHEDULE FOR PETITIONER SECOND BREAK. ONLY TWO REGISTERS WERE OPEN IN

STORE AFTER 9 PM. NUMEROUS REQUESTS PETITIONER TO MANAGER TO MAKE BREAK WERE LEFT BY MANAGMENT WITHOUT ATTENTION.

10 MINUTES BEFORE MIDNIGHT PETITIONER EXPLAINED CUSTOMER THAT REGULAR REGISTER DO NOT MAKING ANY KIND RETURNES AND ONLY STORE MANAGER COULD MAKE RETURNS AFTER 21:00 PM INSIDE CUSTOMER SERVICE DEPARTMENT, BUT MANAGMENT SEND THIS CUSTOMER TO PETITIONER REGISTER 15 MINUTES AFTER MIDNIGHT. PETITIONER WAS ORDERED TO STOP ALL TRANSACTIONS DUE TO AUDIT AT 12 : 00.( MIDNIGHT ). PETITIONER SAID TO ALL CUSTOMERS THAT PETITIONER DO NOT HAVE RIGHT VIOLATE STORE RULES AND HIS RESPONSIBLE PLACE AS CASHIER. ALL WITNESSES ABLE TO PROVE HONESTY AND HARD WORKING EMPLOYEE WALMART PETITIONER IN THIS CASE. ALL CASHIERS IN EUROPE HAVE POSSIBILITY TO SEAT ALL JOB SHIFFT. PETITIONER DID SUFFERED FROM PAIN AND INFORMED MANAGMENT WALMART WITH NO RESPONCE.

# CONCLUTION.

COMPANY WALMART VIOLATE LABOR AND EMPLOYMENT LAW STATE OF CALIFORNIA AND FEDERAL LAW TO PROTECT DISABLED PERSONS FROM ANY KIND DISCRIMINATION AND HARASSMENT FROM MANAGMENT. PETITIONER VICTIM RUDE VIOLATION CALIFORNIA LAW AND DISCRIMINATION DUE HIS DISABILITY. PETITIONER REQUESTING COURT TO MAKE ORDER RESPONDENT IN THIS CASE COMPANY WALMART TO PAY PRESENT AND FUTURE DAMAGES TO PETITIONER IN THE AMOUNT :

$ 100 000 000. 00 ( ONE HUNDRED MILLIONS DOLLARS ).

I DECLARE UNDER PENALTY FOR PERJURY AND UNDER THE LAW STATE OF CALIFORNIA THAT FOREGOING TRUE AND CORRECT.

RESPECTFULLY SUBMITTED TO THE UNITED STATES DISTRICT COURT EASTERN DISTRICT STATE OF CALIFORNIA.

DATED : 05.10.2015

DMITRIY YEGOROV ______________________

DMITRIY YEGOROV

8913 FAIR OAKS BLVD. APT # E

CARMICHAEL,CA 95608

UNITED STATES DISTRICT COURT

EASTERN DISTRICT STATE OF CALIFORNIA

DMITRIY YEGOROV

PETITIONER PROOF OF SERVICE

VS.

COMPANY WALMART

I DECLARE THAT I MAIL THIS LAWSUIT TO WALMART CORPORATE OFFICE TO: DOUG MC MILLON 702 SW 8 TH STREET, BENTONVILLE, AR 72716.

I DECLARE UNDER PENALTY FOR PERJURY AND UNDER THE LAW STATE OF CALIFORNIA THAT FOREGOING TRUE AND CORRECT.

DATED: 05. 10. 2015

DMITRIY YEGOROV ____Yegorov____