UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMITRIY YEGOROV,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALMART,<br><br>　　　　　Defendant. | No. 2:15-cv-01065-GEB-AC<br><br><br>ORDER TO SHOW CAUSE |

　　　　This matter is before the undersigned pursuant to Local Rule 302(c)(21). Plaintiff filed his initial complaint on May 15, 2015, along with a motion to proceed in forma pauperis. ECF Nos. 1, 2. On June 5, 2015, the court granted plaintiff's motion and dismissed his complaint for failure to comply with Federal Rule 8(a). ECF No. 3. The court gave plaintiff thirty (30) days to file an amended complaint. Id. Plaintiff has yet to file an amended complaint.

　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing within fourteen (14) days of the date of this order why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

DATED: September 16, 2015

　　　　　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE